IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROSE URE MEZU | * | |
| | * | |
| v. | * | CIVIL NO. JFM-02-3713 |
| | * | |
| MORGAN STATE UNIVERSITY, et al. | * | |

\*\*\*\*\*

ORDER

For the reasons stated in the accompanying memorandum, it is, this 31st of March, 2003

ORDERED that

1. Defendants' motion to dismiss (treated as one for summary judgment as to plaintiff's hostile work environment claim under Title VII) is granted;

2. Plaintiff's failure to promote claim under Title VII, her claim under the Equal Pay Act, and her claim under the Family Medical Leave Act are dismissed; and

3. Summary judgment is entered in favor of defendant on plaintiff's hostile work environment claim under Title VII.

/s/
J. Frederick Motz
United States District Judge