# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 APR P 2: 15

CLERK'S OFFICE
BY_____DEPUTY

MEZU ROSE URE
*Plaintiff(s)*

vs.

MORGAN STATE UNIVERSITY
*Defendant(s)*

CIVIL ACTION NO. JFM 02-CU 3713

## NOTICE OF APPEAL

Notice is hereby given that __MEZU ROSE URE__, above named, hereby
*(Name of Appellant)*

appeals to the United States Court of Appeals, for the Fourth Circuit from the final judgment

entered in the above entitled case on __March 31, 03__.
*(Date Judgment was entered)*

Date: 4/10/03

_____
Signature

THERESA I. OBOT
*Print Name*

Law Office of Theresa I. Obot, LLC
22 E. 25th St. 2nd Floor
*Address*

Balt. MD 21218
*City, State and Zip Code*

(410) 662-6600
*Telephone Number*